

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 20, 2021

<u>By ECF and Email</u>
(CronanNYSDChambers@nysd.uscourts.gov)
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

     Re: *W.P.V., on his own behalf and on behalf of his minor child, W.P.O. v. U.S., et al.*
     No. 21 Civ. 4436 (JPC)

Dear Judge Cronan:

     This Office represents the government in the above-captioned action. The government writes to respectfully request a 60-day stay of this matter to September 20, 2021. The stay is requested to allow the parties time to engage in settlement discussions. The United States, along with a group of counsel who are coordinating negotiations on behalf of plaintiffs and claimants, are engaged in a nationwide effort to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior administration. While significant progress has been made, due to the scale and complexity of the effort, additional time is needed to achieve a global resolution of these matters. Plaintiffs join the government's request for a 60-day stay. The parties respectfully request that they provide the Court with a status update by September 20, 2021.

     For the same reasons as listed above, the government also respectfully requests that the Court adjourn the Initial Pretrial Conference that is currently scheduled for August 3, 2021 at 10:00 a.m. *sine die*. Plaintiffs consent to this request.

     I thank the Court for its consideration of these requests.

                                       Sincerely,

                                       AUDREY STRAUSS
                                       United States Attorney for the
                                       Southern District of New York

        By:   <u>/s/ Rebecca R. Friedman</u>
                ALEXANDER J. HOGAN
                REBECCA R. FRIEDMAN
                Assistant United States Attorneys
                86 Chambers Street, Third Floor

New York, New York 10007  
Tel.: (212) 637-2799/2614  
E-mail: alexander.hogan@usdoj.gov  
        rebecca.friedman@usdoj.gov