```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
W.V.P. et al.,                                                       :
                                                                     :
                            Plaintiffs,                              :
                                                                     :           21-CV-4436 (JPC)
                    -v-                                              :
                                                                     :           ORDER
CAYUGA HOME FOR CHILDREN, INC. et al.,                               :
                                                                     :
                            Defendants.                              :
                                                                     :
--------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The conference scheduled for August 3, 2021 is adjourned *sine die*. This case is stayed until September 20, 2021, with the exception that Defendant shall file their answer by August 16, 2021, as requested. The parties shall submit a status letter by September 2, 2021. The Clerk of the Court is respectfully directed to terminate the pending motions at Dkt. 19 and Dkt. 20.

SO ORDERED.

Dated: July 22, 2021
      New York, New York

                                                    JOHN P. CRONAN
                                         United States District Judge