# TYSON & MENDES

**SHERRI A. JAYSON**
SJAYSON@TYSONMENDES.COM
DIRECT: (929) 526-5766

100 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10017
PHONE: (917) 781-4702  FAX: (917) 725-8799

August 16, 2021

**By ECF and Email**
**(CronanNYSDChambers@nysd.uscourts.gov)**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

> Defendant's request is granted. Defendant Cayuga Home for Children, Inc. shall answer, and file a premotion letter by August 31, 2021.
>
> SO ORDERED.
> Date: August 18, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:  W.P.V., on his own behalf and on behalf of his minor child, W.P.O. v. U.S., et al.
     Docket No.: 21-CV-04436

Your Honor:

We represent Defendant Cayuga Home for Children, Inc. d/b/a Cayuga Centers in this action. The parties continue their attempts to resolve this case, but our discussions have been delayed in part due to scheduling conflicts and vacations. As such, we respectfully request a further extension of time to answer and/or to file a pre-answer motion to dismiss conference request letter on behalf of Cayuga to August 31, 2021. Plaintiff's counsel consents to this application.

Very truly yours,

Sherri A. Jayson

cc:  All Counsel of Record (By ECF Only)