

September 13, 2021

This case is stayed until November 19, 2021. Defendant Cayuga shall have until November 19, 2021 to answer, or otherwise respond to, the Complaint.

SO ORDERED.
Date: September 20, 2021
New York, New York

*JOHN P. CRONAN*
United States District Judge

**By ECF and Email
(CronanNYSDChambers@nysd.uscourts.gov)**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

    Re:    W.P.V., on his own behalf and on behalf of his minor child, W.P.O. v. U.S., et al.
              Docket No.: 21-CV-04436

Your Honor:

      As indicated in Ms. Ma's letter motion dated August 27, 2021 (Dkt. No. 25), I recently separated from Tyson and Mendes and joined Coffey Modica O'Meara, LLC. This case was transferred to our office on Friday, September 10, 2021 for our continued representation of Defendant Cayuga Home for Children, Inc. d/b/a Cayuga Centers ("Cayuga") in this action. Communications with Plaintiff's counsel were slowed due to my transition and the transfer of this file. However, the parties remain sanguine about a possible resolution.

      The court previously granted the Government's request to stay the case to November 19, 2021. For the purposes of consistency, we respectfully request the case be stayed as to Defendant Cayuga to November 19, 2021 and that our time to answer and/or to file a pre-answer motion to dismiss conference request letter on behalf of Cayuga be extended until that date. Plaintiff's counsel consents to this application.

      I have also spoken with Tina Ma – who was handling this case for Tyson and Mendes following my departure – who advised that she will file a motion withdrawing as counsel of record.

Very truly yours,

Sherri A. Jayson

cc:    All Counsel of Record (By ECF Only)