

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 10, 2022

*Defendants' request is granted.  Defendants shall respond to the Complaint by May 9, 2022.  This case is no longer stayed and the Clerk of Court is respectfully directed to lift the stay.*

By ECF and Email
(CronanNYSDChambers@nysd.uscourts.gov)
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

SO ORDERED.

Date:   March 11, 2022
       New York, New York

JOHN P. CRONAN
United States District Judge

Re: *W.P.V., on his own behalf and on behalf of his minor child, W.P.O. v. U.S., et al.*
No. 21 Civ. 4436 (JPC)

Dear Judge Cronan:

The parties provide the below update regarding the above-captioned case.  On January 24, 2022, the Court granted the parties' application to continue the stay in this matter pending settlement discussions through March 17, 2022, and ordered that the parties provide a status update by March 10, 2022.  *See* Dkt. No. 48.  The parties write to provide the Court with the ordered status update.

As the parties informed the Court in their prior status letters, the United States and a group of counsel coordinating negotiations on behalf of plaintiffs and claimants were attempting to reach a nationwide resolution of actions arising from family separations at the United States/Mexico border that occurred during the prior administration.  Those settlement talks have since ceased without a global resolution being reached.  Additionally, the parties have determined that a settlement of this litigation is not possible at this time.  Accordingly, the parties request that the stay in this matter be lifted.

Therefore, Defendants—both the Government and Defendant Cayuga—respectfully request 60 days, until May 9, 2022, to respond to the Complaint in this action.  Plaintiffs consent to this deadline.  By this date, in accordance with the Court's individual rules, the Government intends to submit a pre-motion letter with respect to its anticipated motion to dismiss and/or transfer this action.

Similarly, by May 9, 2022, Defendant Cayuga will also respond to the Complaint in accordance with the Court's individual rules—either by answering it or submitting a pre-motion letter if it opts to move to dismiss or sever the claims against both Defendants, should the Government move to transfer the venue.

Accordingly, Defendants respectfully request that the Court set May 9, 2022, as the deadline to respond to the Complaint.

We thank the Court for its consideration of this matter.

Respectfully,

/s/ Aamir A. Kazi
AAMIR A. KAZI *(pro hac vice)*
GA Bar No. 104235
KARAN JHURANI (*pro hac vice*)
GA Bar No. 290326
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: 404-892-5005
Fax: 404-892-5002
Email: kazi@fr.com
Email: jhurani@fr.com

CAITLIN DEAN (*pro hac vice*)
TX Bar No. 24109797
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: 212-765-5070
Fax: 212-258-2291
Email: cdean@fr.com

***Attorney for Plaintiff W.P.V., on his own behalf and on behalf of his minor child, W.P.O.***

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

/s/ Alexander J. Hogan
ALEXANDER J. HOGAN
REBECCA R. FRIEDMAN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2799/2614
Email: alexander.hogan@usdoj.gov
          rebecca.friedman@usdoj.gov

 _/s/ Rachael Marvin_____
ROBERT MODICA
RACHAEL MARVIN
Coffey Modica O'Meara, LLP
Attorneys for Defendant
Cayuga Home for Children, Inc. d/b/a
Cayuga Centers
200 East Post Road, Suite 210
White Plains, NY 10601
Telephone: (212) 827-4501
Email: rmarvin@cmollp.com