UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| W.P.V., *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>CAYUGA HOME FOR CHILDREN, *et al.*,<br><br>        Defendants. | Case No. 21 Civ. 4436 (JPC) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLESAE TAKE NOTICE that the undersigned hereby withdraws his appearance as counsel for Defendant the United States of America in the above-captioned action because, as of May 27, 2022, I will no longer be employed by the United States Attorney's Office for the Southern District of New York. Defendant will continue to be represented in this action by Assistant United States Attorney Rebecca Friedman, who is also counsel of record in this matter.

Dated: May 27, 2022
       New York, New York

Respectfully,

DAMIAN WILLIAMS
United States Attorney of the
Southern District of New York

By:   /s/ Alexander J. Hogan
ALEXANDER J. HOGAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2799
Fax: (212) 637-2686
E-mail: alexander.hogan@usdoj.gov