UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| W.P.V. & W.P.O.,<br><br>                                        Plaintiffs,<br><br>              - against –<br><br>UNITED STATES OF AMERICA and CAYUGA HOME FOR CHILDREN,<br><br>                                        Defendants. | 21 Civ. 04436 (JPC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of David Garcia, the Declaration of James De La Cruz, and the Declaration of Cesar A. Cervantes, Defendant United States of America will move this Court for an order transferring this action to the Western District of Texas pursuant to 28 U.S.C. § 1404(a), or in the alternative, an order severing the claims against the United States and transferring those claims to the Western District of Texas.

Dated:   New York, New York
         June 22, 2022

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York
                                        *Attorney for Defendant United States*

                                        By:      /s/  Rebecca R. Friedman
                                        REBECCA R. FRIEDMAN
                                        MOLLIE KORNREICH
                                        Assistant United States Attorneys
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Tel: (212) 637-2614 /  3274
                                        Fax: (212) 637-2686
                                        rebecca.friedman@usdoj.gov
                                        mollie.kornreich@usdoj.gov