

OFFICES   NEW YORK   NEW JERSEY   CONNECTICUT

July 22, 2022

**VIA ECF and EMAIL** (to CronanNYSDChambers@nysd.uscourts.gov)

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

    Re:    W.P.V., on his own behalf and on behalf of his minor child, W.P.O. v. U.S., et al.
               Docket No.: 21-CV-04436

Dear Judge Cronan:

    We represent Defendant Cayuga Home for Children, Inc. d/b/a Cayuga Centers (hereinafter "Cayuga Centers") in this action.

    Please be advised that Cayuga Centers and Plaintiffs have reached a settlement agreement in principle pending full execution of the settlement release. Both parties are actively working to prepare all documentation necessary to finalize the settlement.

    As such, Cayuga Centers will not be submitting any moving papers in response to the Government's Motion to Transfer Venue. Any additional filings submitted to this Court by either Plaintiffs or Cayuga Centers with respect to the settlement agreement will be forthcoming.

    We thank the Court for its attention to this matter.

                                                                 Respectfully Submitted,

                                                                  Rachael Marvin

cc:    All Counsel of Record (By ECF Only)

COFFEY MODICA O'MEARA CAPOWSKI

200 E. Post Rd. Suite 210 White Plains, NY 10601    212-827-4501    rmarvin@cmocllp.com