

Fish & Richardson P.C.
1180 Peachtree Street, NE
21st Floor
Atlanta, GA 30309

404 892 5005 main
404 892 5002 fax

VIA ECF

**Aamir A. Kazi**
Principal
kazi@fr.com
404 724 2811 direct

July 22, 2022

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re: *W.P.V., on his own behalf and on behalf of his minor child, W.P.O. v. U.S., et al.*
Civ. Action No. 1:21-civ-4436

Dear Judge Cronan:

In accordance with Section 6.C of this Court's Individual Practices, we write on behalf of Plaintiffs W.P.V., on his own behalf and on behalf of his minor child, W.P.O. to request oral argument on Plaintiffs' Opposition to Defendant's Motion to Transfer, which was filed today.

If oral argument is granted, Plaintiffs further request that more than one lawyer may argue on behalf of Plaintiffs to give fourth-year associate Caitlin Dean the opportunity to argue.

Respectfully submitted,

/s/ Aamir A. Kazi

Aamir A. Kazi
Principal