

Fish & Richardson P.C.
1180 Peachtree Street, NE
21st Floor
Atlanta, GA 30309

404 892 5005 main
404 892 5002 fax

**Aamir A. Kazi**
Principal
kazi@fr.com
404 724 2811  direct

<u>VIA ECF</u>

September 22, 2022

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re:   *W.P.V., on his own behalf and on behalf of his minor child, W.P.O. v. U.S., et al.*
      Civ. Action No. 1:21civ4436

Dear Judge Cronan:

The parties provide the below update regarding the above-captioned case.

Plaintiffs and Cayuga Centers have reached a settlement agreement in principle and are continuing to engage in negotiations to finalize the terms of the agreement.  The parties request an additional month to finalize the terms and propose that the parties submit a joint letter regarding the status of settlement negotiations on Monday, October 24, 2022 if no agreement has been reached.

We thank the Court for its consideration of this matter.

Respectfully submitted,



Honorable John P. Cronan
September 22, 2022
Page 2

Dated: September 22, 2022

/s/ Aamir A. Kazi

By:   Aamir A. Kazi (Admitted *pro hac vice*)
      GA Bar No. 104235
      Karan Jhurani (Admitted *pro hac vice*)
      GA Bar No. 290326
      Fish & Richardson P.C.
      1180 Peachtree Street NE, 21st Floor
      Atlanta, GA 30309
      Telephone: (404) 892-5005
      Facsimile: (404) 892-5002
      E-mail: kazi@fr.com
              jhurani@fr.com

      Caitlin M. Dean (Admitted *pro hac vice*)
      TX Bar No. 24109797
      Fish & Richardson P.C.
      7 Times Square, 20th Floor
      New York, NY 10036
      Telephone: (212) 765-5070
      Facsimile: (212) 258-2291
      E-mail: cdean@fr.com

      ***Attorneys for Plaintiffs***

/s/ Rachael Marvin (with permission)

By:   Robert Modica
      Rachael Marvin
      Coffey Modica O'Meara Capwoski
      200 E. Post Rd. Suite 210
      White Plains, NY 10601
      Telephone: 212-827-4501
      Facsimile: 248-331-6101
      E-mail: rmarvin@cmocllp.com

      ***Attorneys for Defendant***
      Cayuga Home for Children, Inc. d/b/a
      Cayuga Centers