

Fish & Richardson P.C.
1180 Peachtree Street, NE
21st Floor
Atlanta, GA 30309

404 892 5005 main
404 892 5002 fax

VIA ECF

September 22, 2022

**Aamir A. Kazi**
Principal
kazi@fr.com
404 724 2811  direct

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re:   *W.P.V., on his own behalf and on behalf of his minor child, W.P.O. v. U.S., et al.*
      Civ. Action No. 1:21civ4436

Dear Judge Cronan:

The parties provide the below update regarding the above-captioned case.

Plaintiffs and Cayuga Centers have reached a settlement agreement in principle and are continuing to engage in negotiations to finalize the terms of the agreement. The parties request an additional month to finalize the terms and propose that the parties submit a joint letter regarding the status of settlement negotiations on Monday, October 24, 2022 if no agreement has been reached.

We thank the Court for its consideration of this matter.

Respectfully submitted,



Honorable John P. Cronan
September 22, 2022
Page 2

Dated: September 22, 2022

| | |
|---|---|
| */s/ Aamir A. Kazi* | */s/ Rachael Marvin (with permission)* |
| By:  Aamir A. Kazi (Admitted *pro hac vice*)<br>      GA Bar No. 104235<br>      Karan Jhurani (Admitted *pro hac vice*)<br>      GA Bar No. 290326<br>      Fish & Richardson P.C.<br>      1180 Peachtree Street NE, 21st Floor<br>      Atlanta, GA 30309<br>      Telephone: (404) 892-5005<br>      Facsimile: (404) 892-5002<br>      E-mail: kazi@fr.com<br>                  jhurani@fr.com<br><br>      Caitlin M. Dean (Admitted *pro hac vice*)<br>      TX Bar No. 24109797<br>      Fish & Richardson P.C.<br>      7 Times Square, 20th Floor<br>      New York, NY 10036<br>      Telephone: (212) 765-5070<br>      Facsimile: (212) 258-2291<br>      E-mail: cdean@fr.com<br><br>      **Attorneys for Plaintiffs** | By:  Robert Modica<br>      Rachael Marvin<br>      Coffey Modica O'Meara Capwoski<br>      200 E. Post Rd. Suite 210<br>      White Plains, NY 10601<br>      Telephone: 212-827-4501<br>      Facsimile: 248-331-6101<br>      E-mail: rmarvin@cmocllp.com<br><br>      **Attorneys for Defendant**<br>      Cayuga Home for Children, Inc. d/b/a<br>      Cayuga Centers |

The Parties' joint request is granted.  The Parties shall submit a joint status letter regarding the status of settlement negotiations on October 24, 2022.

SO ORDERED.

September 23, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge