
Fish & Richardson P.C.
1180 Peachtree Street, NE
21st Floor
Atlanta, GA 30309

404 892 5005 main
404 892 5002 fax

**VIA ECF**

October 24, 2022

**Aamir A. Kazi**
Principal
kazi@fr.com
404 724 2811 direct

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re: *W.P.V., on his own behalf and on behalf of his minor child, W.P.O. v. U.S., et al.*
Civ. Action No. 1:21civ4436

Dear Judge Cronan:

The parties provide the below update regarding the above-captioned case.

Plaintiffs and Cayuga Centers have reached a settlement agreement in principle and are continuing to engage in negotiations to finalize the terms of the agreement. The parties request an additional month to finalize the terms and propose that the parties submit a joint letter regarding the status of settlement negotiations on Monday, November 21, 2022 if no agreement has been reached.

We thank the Court for its consideration of this matter.

Respectfully submitted,

The request is granted. The parties shall submit a joint letter regarding the status of settlement negotiations by November 21, 2022.

SO ORDERED.

October 26, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

fr.com



Honorable John P. Cronan
October 24, 2022
Page 2

Dated: October 24, 2022

/s/ Aamir A. Kazi

By:   Aamir A. Kazi (Admitted *pro hac vice*)
GA Bar No. 104235
Karan Jhurani (Admitted *pro hac vice*)
GA Bar No. 290326
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002
E-mail:  kazi@fr.com
          jhurani@fr.com

Caitlin M. Dean (Admitted *pro hac vice*)
TX Bar No. 24109797
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
E-mail: cdean@fr.com

**Attorneys for Plaintiffs**

/s/ Rachael Marvin (with permission)

By:   Robert Modica
Rachael Marvin
Coffey Modica O'Meara Capwoski
200 E. Post Rd. Suite 210
White Plains, NY 10601
Telephone: 212-827-4501
Facsimile: 248-331-6101
E-mail: rmarvin@cmocllp.com

**Attorneys for Defendant**
Cayuga Home for Children, Inc. d/b/a Cayuga Centers