UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| W.P.V., *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>CAYUGA HOME FOR CHILDREN, *et al.*,<br><br>            Defendants. | Case No. 21 Civ. 4436 (JPC) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLESAE TAKE NOTICE that the undersigned hereby withdraws her appearance as counsel for Defendant the United States of America in the above-captioned action because, as of November 11, 2022, I will no longer be employed by the United States Attorney's Office for the Southern District of New York.  Defendant will continue to be represented in this action by Assistant United States Attorney Mollie Kornreich, who is also counsel of record in this matter.

Dated: November 8, 2022
       New York, New York                    Respectfully,

                                             DAMIAN WILLIAMS
                                             United States Attorney of the
                                             Southern District of New York

                                     By:   /s/ Rebecca R. Friedman
                                             REBECCA R. FRIEDMAN
                                             Assistant United States Attorney
                                             86 Chambers Street, Third Floor
                                             New York, New York 10007
                                             Tel.: (212) 637-2614
                                             Fax: (212) 637-2686
                                             E-mail: rebecca.friedman@usdoj.gov