

Fish & Richardson P.C.
1180 Peachtree Street, NE
21st Floor
Atlanta, GA 30309

404 892 5005 main
404 892 5002 fax

VIA ECF

November 21, 2022

**Aamir A. Kazi**
Principal
kazi@fr.com
404 724 2811  direct

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re:   *W.P.V., on his own behalf and on behalf of his minor child, W.P.O. v. U.S., et al.*
      Civ. Action No. 1:21civ4436

Dear Judge Cronan:

The parties provide the below update regarding the above-captioned case.

Plaintiffs and Cayuga Centers have reached a settlement agreement and are working together to finalize the agreement.  The parties request an additional month to finalize the agreement and propose that the parties submit a joint letter regarding the status of settlement on Wednesday, December 21, 2022.

We thank the Court for its consideration of this matter.

Respectfully submitted,

The request is granted in part.  The parties have until December 16, 2022 to finalize a settlement agreement and to file a joint stipulation of dismissal.  If the parties are unable to finalize a settlement agreement by December 16, Defendant Cayuga Centers shall either respond to the Complaint, or the parties shall submit a joint letter requesting a referral to either the Court-annexed Mediation Program or to the Honorable Sarah L. Cave for a settlement conference.

SO ORDERED.

November 22, 2022
New York, New York

JOHN P. CRONAN
United States District Judge



Honorable John P. Cronan
November 21, 2022
Page 2

Dated: November 21, 2022

/s/ Aamir A. Kazi

By:   Aamir A. Kazi (Admitted *pro hac vice*)
      GA Bar No. 104235
      Karan Jhurani (Admitted *pro hac vice*)
      GA Bar No. 290326
      Fish & Richardson P.C.
      1180 Peachtree Street NE, 21st Floor
      Atlanta, GA 30309
      Telephone: (404) 892-5005
      Facsimile: (404) 892-5002
      E-mail:  kazi@fr.com
               jhurani@fr.com

      Caitlin M. Dean (Admitted *pro hac vice*)
      TX Bar No. 24109797
      Fish & Richardson P.C.
      7 Times Square, 20th Floor
      New York, NY 10036
      Telephone: (212) 765-5070
      Facsimile: (212) 258-2291
      E-mail: cdean@fr.com

      **Attorneys for Plaintiffs**

/s/ Rachael Marvin

By:   Robert Modica
      Rachael Marvin
      Coffey Modica O'Meara Capwoski
      200 E. Post Rd. Suite 210
      White Plains, NY 10601
      Telephone: 212-827-4501
      Facsimile: 248-331-6101
      E-mail: rmarvin@cmocllp.com

      **Attorneys for Defendant**
      Cayuga Home for Children, Inc. d/b/a
      Cayuga Centers