UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| W.P.V., on his own behalf and on behalf of his minor child, W.P.O.,<br><br>          Plaintiff,<br><br>   v.<br><br>United States of America, Cayuga Home for Children, Inc. d/b/a Cayuga Centers,<br><br>          Defendant. | Civil Action No. 1:21-cv-04436-JPC<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S AND CAYUGA CENTERS' JOINT MOTION FOR LEAVE TO SETTLE MINOR CHILD W.P.O.'S CLAIMS AGAINST CAYUGA CENTERS

Pursuant to Southern District of New York Local Civil Rule 83.2(a) (Settlement of Actions by or on Behalf of Infants or Incompetents) and New York Civil Practice Law and Rules Sections 1207 and 1208, and upon review of Plaintiff's and Cayuga's Joint Motion for Leave to Settle Minor Child W.P.O.'s Claims Against Cayuga Centers, the Court hereby orders that Plaintiff's and Cayuga Centers' Joint Motion for Leave to Settle dated January 13, 2023 is GRANTED. The Clerk of Court is respectfully directed to terminate Defendant Cayuga Homes for Children, Inc. from this case and to close Docket Numbers 88 and 89.

Dated: January 16, 2023

                                                      HON. JOHN P. CRONAN
                                                    UNITED STATES DISTRICT JUDGE